B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TEM Enterprises dba XTRA Airways** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA XTRA Airways** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**91-1387913** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**805 W. Idaho St., Suite 400**<br>**Boise, ID**<br>ZIP Code **83702** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Boise** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2300 West Sahara Avenue, Suite 1000**<br>**Las Vegas, NV**<br>ZIP Code **89102** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **TEM Enterprises dba XTRA Airways** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                   Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **TEM Enterprises dba XTRA Airways** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Ryan J Works**
   _____
   Signature of Attorney for Debtor(s)

   **Ryan J Works 9224**
   _____
   Printed Name of Attorney for Debtor(s)

   **McDonald Carano Wilson LLP**
   _____
   Firm Name

   **2300 W Sahara Ave**
   **Suite 1000**
   **Las Vegas, NV 89102**
   _____
   Address

                **Email: rworks@mcdonaldcarano.com**
   **(702) 873-4100  Fax: (702) 873-9966**
   _____
   Telephone Number

   **June  4, 2014**
   _____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Lisa Dunn**
   _____
   Signature of Authorized Individual

   **Lisa Dunn**
   _____
   Printed Name of Authorized Individual

   **President**
   _____
   Title of Authorized Individual

   **June  4, 2014**
   _____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Corporate Resolution of the**
**Board of Directors of**
**TEM Enterprises**
**A Nevada corporation**

In accordance with the Bylaws of the Corporation and the laws of the State of Nevada, the undersigned Directors Lisa Dunn, Sandra Davis and John Walker, representing the entire Board of Directors of TEM Enterprises, a Nevada corporation (the "Corporation"), and being duly authorized to file a voluntary petition pursuant to Chapter 11 of the United States Bankruptcy Code, hereby adopt, confirm, and ratify the following resolutions of the Board of Directors of the Corporation, including its affiliates and subsidiaries:

WHEREAS the Board of Directors of the Corporation have determined it to be in the best interests of the Corporation, and its affiliates and subsidiaries, to file bankruptcy under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court, District of Nevada (the "Bankruptcy"), now therefore:

BE IT RESOLVED that the Corporation shall retain the law firm of McDonald Carano Wilson LLP (the "Firm") to file and represent the Corporation throughout the Bankruptcy;

RESOLVED FURTHER that pursuant to the Bylaws of the Corporation, and in accordance with Nevada law, the undersigned Board of Directors consent to, and Lisa Dunn, in her capacity as President of the Corporation, is hereby authorized, directed and empowered to, file the Corporation for Bankruptcy, execute any and all documents necessary to effectuate the Bankruptcy filing, testify on behalf of the Corporation and carry out any other acts reasonable or necessary to direct the Corporation during the Bankruptcy; and

RESOLVED FURTHER that the Corporation shall make a pre-payment to the Firm in the initial amount of TWENTY THOUSAND DOLLARS and 00/100 ($20,000.00) in connection with the Firm's representation of the Corporation prior to, and in connection with, the Corporation's Bankruptcy.

[Remainder of Page is Intentionally Blank]

307133

**IN WITNESS WHEREOF**, this Written Consent of the Board of Directors of TEM Enterprises is hereby executed as of June ___, 2014. The undersigned waive notice of, and any requirement of, a meeting in connection herewith.

Lisa Dunn, Director & President

_____
Signature

_____
Date
6/3/14

Sandra Davis, Director

_____
Signature

_____
Date
6/3/14

John Walker, Director

_____
Signature

_____
Date
6/3/14

307133

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **TEM Enterprises dba XTRA Airways**
                           Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Aero Turbine, Inc.**<br>**PO BOX 731891**<br>**Dallas, TX 75373-1891** | **Aero Turbine, Inc.**<br>**PO BOX 731891**<br>**Dallas, TX 75373-1891** | | | **271,056.00** |
| **AIRPLANES, INC.**<br>**C/O BB&T BANK**<br>**PO BOX 890927**<br>**Charlotte, NC 28289-0927** | **AIRPLANES, INC.**<br>**C/O BB&T BANK**<br>**PO BOX 890927**<br>**Charlotte, NC 28289-0927** | | | **136,628.99** |
| **BOEING COMMERCIAL AIRPLANES**<br>**PO BOX 277851**<br>**Atlanta, GA 30384-7851** | **BOEING COMMERCIAL AIRPLANES**<br>**PO BOX 277851**<br>**Atlanta, GA 30384-7851** | | | **122,106.39** |
| **BTCO AS SECURITY TRUSTEE TRITO**<br>**55 GREEN STREET**<br>**San Francisco, CA 94111** | **BTCO AS SECURITY TRUSTEE TRITO**<br>**55 GREEN STREET**<br>**San Francisco, CA 94111** | | | **626,245.70** |
| **Chemoil Corporation**<br>**200 East Las Olas Blvd.**<br>**Suite 2050**<br>**Fort Lauderdale, FL 33301** | **Chemoil Corporation**<br>**200 East Las Olas Blvd. Suite 2050**<br>**Fort Lauderdale, FL 33301** | | | **79,166.00** |
| **CSI Aviation, Inc.**<br>**3700 Rio Grande Blvd. NW, Ste 1**<br>**Albuquerque, NM 87107** | **CSI Aviation, Inc.**<br>**3700 Rio Grande Blvd. NW, Ste 1**<br>**Albuquerque, NM 87107** | | | **148,952.98** |
| **CXP Management LLC**<br>**805 W. Idaho Street**<br>**Suite 400**<br>**Boise, ID 83702** | **CXP Management LLC**<br>**805 W. Idaho Street**<br>**Suite 400**<br>**Boise, ID 83702** | | | **280,500.00** |
| **ERSTE GROUP BANK**<br>**915 FRONT STREET**<br>**San Francisco, CA 94111** | **ERSTE GROUP BANK**<br>**915 FRONT STREET**<br>**San Francisco, CA 94111** | | | **242,213.76** |
| **FEDERAL EXPRESS CORPORATION**<br>**PO BOX 94515**<br>**Palatine, IL 60094-4515** | **FEDERAL EXPRESS CORPORATION**<br>**PO BOX 94515**<br>**Palatine, IL 60094-4515** | | | **72,698.71** |

B4 (Official Form 4) (12/07) - Cont.

In re    **TEM Enterprises dba XTRA Airways**                                              Case No.    _____
                                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Flugfelagid Atlanta ehf. dba AAI**<br>**Hlidasmari 3, 201 Kopavogi, Iceland** | **Flugfelagid Atlanta ehf. dba AAI**<br>**Hlidasmari 3, 201 Kopavogi, Iceland** | | | 1,611,938.00 |
| **MSA V**<br>**c/o AWAS Aviation Services Inc.**<br>**One West Street, Suite 100-5**<br>**New York, NY 10004** | **MSA V**<br>**c/o AWAS Aviation Services Inc.**<br>**One West Street, Suite 100-5**<br>**New York, NY 10004** | | | 1,439,755.93 |
| **MTU MAINTENANCE**<br>**754 PORT AMERICA PLACE #250**<br>**Grapevine, TX 76051** | **MTU MAINTENANCE**<br>**754 PORT AMERICA PLACE #250**<br>**Grapevine, TX 76051** | | | 128,943.48 |
| **STAMBAUGH AVIATION**<br>**1000 JETPORT ROAD**<br>**Brunswick, GA 31525** | **STAMBAUGH AVIATION**<br>**1000 JETPORT ROAD**<br>**Brunswick, GA 31525** | | | 1,840,453.00 |
| **THE INSURANCE GROUP, INC.**<br>**200E SOUTHAMPTON DR.**<br>**Columbia, MO 65203** | **THE INSURANCE GROUP, INC.**<br>**200E SOUTHAMPTON DR.**<br>**Columbia, MO 65203** | | | 483,489.08 |
| **TP AEROSPACE LEASING STAMHOLMEN 165R**<br>**2650 HVIDOVRE**<br>**DENMARK** | **TP AEROSPACE LEASING STAMHOLMEN 165R**<br>**2650 HVIDOVRE**<br>**DENMARK** | | | 116,417.75 |
| **Triton Aviation California, Inc.**<br>**55 Green Street, Suite 500**<br>**San Francisco, CA 94111** | **Triton Aviation California, Inc.**<br>**55 Green Street, Suite 500**<br>**San Francisco, CA 94111** | | | 2,870,376.70 |
| **V31-A&E LLC**<br>**915 Front Street**<br>**San Francisco, CA 94111** | **V31-A&E LLC**<br>**915 Front Street**<br>**San Francisco, CA 94111** | | | 163,148.38 |
| **V37X-737 LLC**<br>**915 Front Street**<br>**San Francisco, CA 94111** | **V37X-737 LLC**<br>**915 Front Street**<br>**San Francisco, CA 94111** | | | 1,120,272.83 |
| **V43-A&E LLC**<br>**299 South Main Street, 12th Floor**<br>**Salt Lake City, UT 84111** | **V43-A&E LLC**<br>**299 South Main Street, 12th Floor**<br>**Salt Lake City, UT 84111** | | | 1,769,659.82 |
| **VISA**<br>**2460 SOUTH 3270 WEST**<br>**West Valley City, UT 84119** | **VISA**<br>**2460 SOUTH 3270 WEST**<br>**West Valley City, UT 84119** | | | 172,155.08 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **TEM Enterprises dba XTRA Airways**                                    Case No. _____
                                                            _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date **June 4, 2014** _____        Signature    **/s/ Lisa Dunn** _____
                                                                 **Lisa Dunn**
                                                                 **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

.

TEM Enterprises dba XTRA Airways
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102

Ryan J Works
McDonald Carano Wilson LLP
2300 W Sahara Ave
Suite 1000
Las Vegas, NV 89102

A1 FIRE & SAFETY
203 E. RHAPSODY
San Antonio, TX 78216

ACCOUNTEMPS
PO BOX 743295
Los Angeles, CA 90074-3295

ACS CLEANING SERVICE
6627 ESTES FLATS
San Antonio, TX 78242

ADABELLE SUAREZ
7771 NW 7TH STREET #707
Miami, FL 33126

ADP
PO BOX 842875
Boston, MA 02284-2875

AERO CONTROLS, INC.
P.O. BOX 837
Auburn, WA 98071-0837

AERO INSTRUMENTS &  AVIONICS I
7290 NASH RD
North Tonawanda, NY 14120-1508

Aero Turbine, Inc.
PO BOX 731891
Dallas, TX 75373-1891

AHM FINANCIAL GROUP
11975 WESTLINE INDUSTRIAL DR.
Saint Louis, MO 63146

AIR CULINAIRE WORLDWIDE
5830 W CYPRESS ST. STE. B & C
Tampa, FL 33607

AIR STATION AVIATION
12510 METRO PARKWAY
Fort Myers, FL 33966

AIRCRAFT CONCIERGE LLC
9228 ASHTON ROAD
Philadelphia, PA 19114

AIRCRAFT PERFORMANCE GROUP, IN
823 SOUTH PERRY STREET
Castle Rock, CO 80104

AIRGAS USA, LLC
P.O. BOX 676015
Dallas, TX 75267-6015

AIRLINE ECONOMICS INC
P.O. BOX 440637
Houston, TX 77244-0637

AIRLINE GRAPHICS INC
P.O. BOX 2283
Branson, MO 65615-2283

AIRPLANES, INC.
C/O BB&T BANK
PO BOX 890927
Charlotte, NC 28289-0927

ALAN RIZO
1742 SHILOH DRIVE
Fayetteville, NC 28304

ALBANY INTERNATIONAL AIRPORT
PFC ACCOUNTING
Albany, NY

ALEXANDER CLARK PRINTING
10801 EMERALD
Boise, ID 83713

ALLEGHENY CO. AIRPORT AUTH.
PASSENGER FACILITY CHARGE
P.O. BOX 12370
Pittsburgh, PA 15231-0370

ALPHA TECH SUPPLY
3053 RANCHO VISTA BLVD., STE H
Palmdale, CA 93551

AMERICAN CLEANING SERVICE CO.
616 W. FRONT ST
Boise, ID 83702

AMERICAN EXPRESS
BOX 0001
Los Angeles, CA 90096-0001

AMERICAN RED CROSS
PROCESSING CENTER
3400 COTTAGE WAY SUITE F
Sacramento, CA 95825

ANDREW HOLOBINKO
OLD GRACE HOUSE
COOMLEIGH EAST, MEALAGH VALLEY
BANTRY, COUNTY CORK
IRELAND

ANSETT AIRCRAFT SPARES & SERV.
DEPT. LA 23089
Pasadena, CA 91185-3089

ARGUS INTERNATIONAL, INC.
4240 AIRPORT RD. SUITE 300
Cincinnati, OH 45226

ARINC
2551 RIVA RD
MS 5-300
Annapolis, MD 21401

ARNOLD PALMER REGIONAL AIRPORT
200 PLEASANT UNITY RD STE 103
ATTN: FINANCE - PFC DEPT.
Latrobe, PA 15650

AT&T
PO BOX 105414
Atlanta, GA 30348

AT&T MOBILITY
PO BOX 6463
Carol Stream, IL 60197-6463

ATLANTIC AVIATION PDX
7777 NE AIRPORT WAY
Portland, OR 97218

ATLANTIC AVIATION PIT
300 HORIZON DR
AIRSIDE BUSINESS PARK
Moon Township, PA 15108-2794

ATLANTIC CITY  INTL. AIRPORT
PFC ACCOUNTING
CIVIL TERMINAL STE 106
Egg Harbor Township, NJ

AUGUSTA REGIONAL @ BUSH FIELD
PFC ACCOUNTING
Augusta, GA

AUSTIN AEROTECH, INC.
2005 WINDY TERRACE
Austin, TX 78613

AV-AIR INC
33 S. 56TH STREET SUITE 2
Chandler, AZ 85226

AVDYNE AEROSERVICES
1 AARONSON DR
Glen Burnie, MD 21061

AVFUEL
DEPT 135-01
P.O. BOX 67000
Detroit, MI 48267-0135

AVIALL SERVICES
16343 NE CAMERON BLVD.
Portland, OR 97230

AVIATION EXCELLENCE, INC
8400 ESTERS BLVD. SUITE 160
Irving, TX 75063

AVIATION INFLATABLES, INC.
3535 NW 19TH ST.
Lauderdale Lakes, FL 33311

AVIATION SAFEGUARDS
PO BOX 823415
Philadelphia, PA 19182-3415

AVIS RENT A CAR SYSTEM INC
PO BOX 409309
Atlanta, GA 30384-9309

B&A UNIFORMS
23340 SEDAWIE DRIVE
Boca Raton, FL 33433

BALDWIN LOCK & KEY
1521 MAIN STREET
Boise, ID 83702

BARRY BIRTWISTLE
21 TAMAROCK TERRACE
Stoneham, MA

BEXAR COUNTY TAX ASSESSOR
PO BOX 2903
San Antonio, TX 78299-2903

BIRMINGHAM AIRPORT AUTHORITY
ATTN: PFC ACCOUNTING
5900 AIRPORT HWY
Birmingham, AL 35212

BOEING COMMERCIAL AIRPLANES
PO BOX 277851
Atlanta, GA 30384-7851

BORESCOPE ON VIDEO, INC.
83 SOUTH MOUNTAIN VIEW ROAD
Apache Junction, AZ 85119-9861

BP AEROSPACE
4965 HANSON DRIVE
Irving, TX 75038

BRIAN FELTER
6606 W. 200 NORTH
West Warren, UT 84404

BROWARD COUNTY AVIATION DEPT
ATTN: PFC ACCOUNTING
100 AVIATION BLVD
Fort Lauderdale, FL 33315

BTCO AS SECURITY TRUSTEE TRITO
55 GREEN STREET
San Francisco, CA 94111

BUFFALO NIAGARA INTL. AIRPORT
ATTN: PFC ACCOUNTING
4200 GENESEE ST
Cheektowaga, NY 14225

CALIBRATION SPECIALTY
2500 EAST GRAUWYLER
Irving, TX 75061

CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DRIVE
Chicago, IL 60693-0149

CANYON STATE INSPECTION
3625 EAST AJO WAY
Tucson, AZ 85713

CAREER UNIFORMS
1603 D. SOUTH LATAH
Boise, ID 83705

CDW DIRECT
P.O. BOX 75723
Chicago, IL 60675-5723

CENTURY LINK BOI PHONES
PO BOX 29040
Phoenix, AZ 85038-9040

CHANDLER BRENNEN
1321 NE 18TH TERRACE
Cape Coral, FL 33909

CHARLESTON AFB INTERNATIONAL A
PFC ACCOUNTING
Charleston, SC

CHARLOTTE DOUGLAS INTL. AIRPOR
ATTN: PFC ACCOUNTING
P.O. BOX 19066
Charlotte, NC 28219

CHARTER EXPRESS, INC.
8212 GASPARI CT
Raleigh, NC 27615-2068

CHASE AEROSPACE, INC.
4493 36TH ST.
Orlando, FL 32811

CHECK TSA, INC
201 HANGER RD
WILKES BARRE/SCRANTON INTL. AI
Avoca, PA 18641-2229

CHEM-TEL, INC.
1305 N. FLORIDA AVE
Tampa, FL 33602

Chemoil Corporation
200 East Las Olas Blvd. Suite 2050
Fort Lauderdale, FL 33301

CHICAGO, CITY OF
121 N. LASALLE, ROOM 700
Chicago, IL 60602

CINCINNATI / N.KENTUCKY AIRPOR
PO BOX 752000
ATTN: PFC ACCOUNTING
Cincinnati, OH 45275-2000

CINTAS
97627 EAGLE WAY
Chicago, IL 60678-9760

CITTA, INC.
PO BOX 150328
Ogden, UT 84415-0328

CITY OF HOUSTON
DEPARTMENT OF AVIATION
PO BOX 60106
Houston, TX 77205-0106

CITY OF LYNCHBURG
BILLINGS & COLLECTIONS DEPARTM
PO BOX 603
Lynchburg, VA 24505

CITY OF SAN JOSE
FINANCE-PAYMENT PROCESSING-AIR
200 E SANTA CLARA ST, 13TH FLO
San Jose, CA 95113-1905

CITY OF ST. GEORGE
175 EAST 200 NORTH
Saint George, UT 84770

CLEVELAND CITY TREASURER
LOCKBOX #70275 KEYBANK SERVICE
5575 VENTURE DR - SUITE A
Parma, OH 44130

CLYDE & CO
101 Second St.
24th Floor
San Francisco, CA 94105

COLUMBUS AIRPORT AUTHORITY
PO BOX 636852
Cincinnati, OH 45263-6852

COOPER NORMAN CPAs & BUSINESS
444 HOSPITAL WAY SUITE 555
Pocatello, ID 83201

CORPORATION SERVICE COMPANY
PO BOX 13397
Philadelphia, PA 19101-3397

CORPUS CHRISTI AIRPORT
DEPT. OF AVIATION - PFC ACCTS.
1000 INTERNATIONAL DRIVE
Corpus Christi, TX 78406-1806

COUNTRY INN AND SUITES SAN ANT
8505 BROADWAY
San Antonio, TX 78217

COZEN O'CONNOR
PO BOX 7247
Philadelphia, PA 19170-7885

CPR PROVIDERS
8373 CULEBRA RD
STE 201
San Antonio, TX 78251

CPS ENERGY
PO BOX 2678
San Antonio, TX 78289-0001

CSI Aviation, Inc.
3700 Rio Grande Blvd. NW, Ste 1
Albuquerque, NM 87107

CXP Management LLC
805 W. Idaho Street
Suite 400
Boise, ID 83702

CYNDI ADAMS
5490 S. PEPPERIDGE
Boise, ID 83709

DAL GLOBAL SERVICES
PO BOX 945861
Atlanta, GA 30394-5861

DALLAS, CITY OF
8008 CEDAR SPRINGS RD, LB 16
Dallas, TX 75235-2850

DANE COUNTY REG. AIRPORT
PFC ACCOUNTS
4000 INTERNATIONAL LN
Madison, WI 53704

DAYTON, CITY OF
3600 TERMINAL DR. - SUITE 300
DEPT. OF AVIATION
Vandalia, OH 45377-1095

DAYTONA BEACH INTERNATIONAL AI
ATTN: PFC ACCOUNTING
700 CATALINA DR STE 300
Daytona Beach, FL 32114

DEBBY SUNDQUIST
PO BOX 4116
West Wendover, NV 89883

DENVER INTERNATIONAL AIRPORT
AIRPORT REVENUE FUND
P.O. BOX 492065
Denver, CO 80249-2065

DENVER INTERNATIONAL AIRPORT
AIRPORT OFFICE BLDG.-PFC ACCTS
8500 PENA BLVD
Denver, CO 80249-6340

DEPT. OF AVIATION
ATTN:FINANCE
P.O. BOX 60106
Houston, TX 77205-0106

DETROIT/WAYNE COUNTY AIRPORT
ATTN: SUSAN G. ZUREK
LC SMITH TERMINAL-MEZANINE LVL
Detroit, MI 48242

DFW INTN'L AIRPORT BOARD
P.O. BOX 974551
Dallas, TX 75397-4551

DFW INTN'L AIRPORT BOARD
ATTN: FINANCE DEPT -PFC
P.O. BOX 975019
Dallas, TX 75397-5019

DIVERSIFIED AERO SERVICES, INC
11920 SW 128TH ST
Miami, FL 33186-5207

DONACIANO LOVATO
135 COASTAL LANE
San Antonio, TX 78240

DOUBLE TREE BY HILTON
4040 QUEBEC ST
Denver, CO 80216

DOWNTOWN STORAGE & RECORDS MAN
510 S. 11TH STREET
Boise, ID 83702

EASTERN AVIATION FUELS, INC.
PO BOX 751211
Charlotte, NC 28275-1211

EL PASO COUNTY TREASURER
P.O. BOX 2018
Colorado Springs, CO 80901-2018

ELITE AEROSPACE INC.
3151 EXECUTIVE WAY
Miramar, FL 33025-3005

ELVEX CORPORATION
PO BOX 850
Bethel, CT 06801-0850

EMPRESA NACIONAL DE AERONAUTIC
AVENIDA JOSE MIGUEL CARRERA #1
SANTIAGO
CHILE

ENERGY LABORATORIES, INC
ACCOUNTS RECEIVABLE
P.O. BOX 30975
Billings, MT 59107-0975

ENGLISH FIELD AVIATION
PO BOX 30549
Amarillo, TX 79120

EPIC AVIATION, LLC
PO BOX 844217
Dallas, TX 75284-4217

ERSTE GROUP BANK
915 FRONT STREET
San Francisco, CA 94111

FEDERAL EXPRESS CORPORATION
PO BOX 94515
Palatine, IL 60094-4515

FEDEX FREIGHT
DEPT CH PO BOX 10306
Palatine, IL 60055-0306

FIRST CLASS PROPERTIES, LP
15001 OLD BANDERA ROAD
Helotes, TX 78023

FLIGHT EXPLORER
7285 COLLECTION CENTER DRIVE
Chicago, IL 60693

Flugfelagid Atlanta ehf. dba AAI
Hlidasmari 3, 201 Kopavogi, Iceland

FRONTIER
P.O. BOX 20550
Rochester, NY 14602-0550

FRONTIER AIRLINES, INC
FRONTIER CENTER ONE
7001 TOWER ROAD
Denver, CO 80249-7312

GAINESVILLE REGIONAL
ATTN: PFC ACCOUNTING
3880 NE 39TH AVE STE A
Gainesville, FL 32609-5627

GAT AIRLINE GROUND SUPPORT
PO BOX 88029
Mobile, AL 36608

GENESIS AVIATION, INC.
PO BOX 19002
Greensboro, NC 27419

GERALD R. FORD INTERNATIONAL A
PFC ACCOUNTING
Grand Rapids, MI

GLOBAL AVIATION CONSULTING
6805 S. SYCAMORE AVE
Broken Arrow, OK 74011

GLOBAL PARTS SUPPORT, INC
2799 SW 32 AVE.
Hollywood, FL 33023

GOLD TRANSPORTATION
9315 AMHERST AVE
Margate, NJ

GRAINGER
PO BOX 419267
DEPT 837094952
Kansas City, MO 64141-6267

GREATER TORONTO AIRPORTS AUTHO
PO BOX 6031
TORONTO AMF
MISSISSAUGA
ON L5P 1B2

GULFPORT-BILOXI REG AIRPORT
14035 AIRPORT RD STE L
Gulfport, MS 39503-4601

HAYES SOLOWAY P.C.
175 CANAL STREET
Manchester, NH

HIGH TECH AVIONICS
A DIVISION OF KELLSTROM REPAIR
PO BOX 636870
Cincinnati, OH 45263-6870

HUNTLEIGH USA CORPORATION
DEPARTMENT# 96-0429
Oklahoma City, OK 73196-0429

HUSCH BLACKWELL LLP
PO BOX 802765
Kansas City, MO 64180-2765

```
INFOR (CANADA) LTD
C/O T10113
PO BOX 10113, POSTAL STATION A
TORONTO
ON M5W 2B1

INTEGRA TELECOM
PO BOX 2966
Milwaukee, WI 53201-2966

INTERNATIONAL AIR TRANSPORT AS
IATA CTR, RT DEL'AEROPORT 33
P.O. BOX 416
CH-1215 GENEVA 15 AIRPORT
SWITZERLAND

INTL. RAM ASSOCIATES
PO BOX 740209
DEPT # 40243
Atlanta, GA 30374-0209

INVENTORY LOCATOR SERVICE, ILL
8001 CENTERVIEW PARKWAY SUITE
Memphis, TN 38018

ITS INFINITY TRADING
450 E ELLIOT ROAD
Chandler, AZ 85225

J.J. KELLER & ASSOCIATES, INC.
PO BOX 548
Neenah, WI 54957-0548

JACK ENSMINGER
929 S. LINCOLN ST
Martinsville, IN 46151

JAMES FULOP
9842 E. IRWIN CIRCLE
Mesa, AZ 85209

JEPPESEN SANDERSON
PO BOX 840864
Dallas, TX 75284-0864

JEPPESEN SANDERSON INC
PO BOX 840864
Dallas, TX 75284-0864

JESICA LEAL
8316 NW 7TH ST APT #75
Miami, FL 33126
```

KAFOURY ARMSTRONG & CO
975 FIFTH STREET
Elko, NV 89801

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE STREET
Chicago, IL 60661-3693

KENYON INT'L EMERGENCY SERVICE
15180 GRAND POINT DR.
Houston, TX 77090-6307

LAB ONE INC
P.O. BOX 20210
Phoenix, AZ 85036

LAFAYETTE REGIONAL AIRPORT
222 TOWER DR
Lafayette, LA 70508

LAGNIAPPE CATERING
714 E. LOCUST STREET
Carter Lake, IA 51510

LANDMARK AVIATION
ATTN: ACCOUNTS RECEIVABLE
557 SANDAU ROAD
San Antonio, TX 78216

LANDMARK AVIATION - LFT
123 GRISSOM DRIVE
Lafayette, LA 70508

LANDMARK AVIATION-SAN
SAN DIEGO INTERNATIONAL AIRPOR
2904 PACIFIC HIGHWAY
San Diego, CA 92101

LEWIS ROCA ROTHGERBER LLP
ONE TABOR CENTER
1200 17TH ST STE 3000
Denver, CO 80202-5839

LINCOLN AIRPORT AUTHORITY
P.O. BOX 80407
Lincoln, NE 68501

LISA DUNN
700 W. WYNDEMERE DR
Boise, ID 83702

LOGAN INTERNATIONAL AIRPORT
MASSPORT-PFC
PO BOX 19139A
Newark, NJ 07195-0139

LOS ANGELES WORLD AIRPORTS
PO BOX 92214
Los Angeles, CA 90009-2214

LOS ANGELES, CITY OF
LAX WORLD AIRPORTS
PO BOX 54078
Los Angeles, CA 90054

LOUISVILLE REGIONAL AIRPORT AU
DEPT 52332
PO BOX 950107
Louisville, KY 40295-0107

LUBBOCK INTERNATIONAL AIRPORT
ADMINISTRATION OFFICE, 2ND FLO
5401 N. MARTIN LUTHER KING JR.
Lubbock, TX 79403-9710

MAILFINANCE
25881 NETWORK PLACE
Chicago, IL 60673-1258

MAJESTIC AEROTECH, INC.
FAA/EASA REPAIR STATION MJKR01
324 W. BAY DR. N.W. STE 200
Olympia, WA 98502

MANCHESTER AIRPORT AUTHORITY
1 AIRPORT RD
ATTN: PFC DEPARTMENT
Manchester, NH

MBA ADMINISTRATORS
PO BOX 370
Meridian, ID 83680

MCI
PO BOX 660206
Dallas, TX 75266-0206

MENZIES AVIATION
PO BOX 612264
Dallas, TX 75261

METRO. WASHINGTON AIRPORT AUTH
1 AVIATION CIRCLE
ATTN: PFC DEPARTMENT
Washington, DC 20001-6000

METROPOLITAN WASHINGTON AIRPOR
PO BOX 402816
Atlanta, GA 30384-2816

METROPOLITIAN AIRPORT AUTHORIT
PO BOX 890156
Charlotte, NC 28289-0156

MIAMI INTERNATIONAL AIRPORT
ATTN: PFC ACCOUNTING
P.O. BOX 526624
Miami, FL 33152-6624

MIAMI-DADE AVIATION DEPARTMENT
PO BOX 526624
Miami, FL 33152

MIDAMERICAN AEROSPACE, LTD.
280 BLAIRS FERRY ROAD NE
Cedar Rapids, IA 52402

MITCHELL AIRCRAFT
1160 ALEXANDER COURT
Cary, IL 60013

MOHSEN MOGHADASSI
8630 FAWN CREEK DR.
Tampa, FL 33626

MOUNTAIN AIRCRAFT SERVICES, IN
2018 W VERNON AVENUE
Kinston, NC 28504

MSA V
c/o AWAS Aviation Services Inc.
One West Street, Suite 100-5
New York, NY 10004

MTU MAINTENANCE
754 PORT AMERICA PLACE #250
Grapevine, TX 76051

NASSAU FLIGHT SERVICES LIMITED
PO BOX AP-59203
NASSAU
BAHAMAS

NAVIS PACK & SHIP
1100 W. TAYLOR AVE. SUITE 102
Meridian, ID 83642

NEOFUNDS BY NEOPOST
PO BOX 30193
Tampa, FL 33630-3193

NEVADA SECRETARY OF STATE
202 NORTH CARSON STREET
Carson City, NV 89701-4786

```
NEW ORLEAN INT'L AIRPORT
PO BOX 2007
New Orleans, LA 70141

NEW TECH AIRCRAFT SERVICES INC
PO BOX 90653
Los Angeles, CA 90009

NORTH AMERICAN AIRCRAFT SERVIC
P.O. BOX 4869
DEPT 117
Houston, TX 77210-4869

NORTH CENTRAL WEST VIRGINIA AI
2000 AVIATION WAY
Bridgeport, WV 26330

NORTHWEST ARKANSAS REGIONAL AI
ONE AIRPORT BLVD., SUITE 100
Bentonville, AR 72712

OAKLAND, PORT OF
P.O. BOX 2064
ATTN: PORT CASHIER - PFC ACCT
Oakland, CA 94604-2064

OPAL REYNOLDS
9422 GERONIMO VIEW ST.
San Antonio, TX 78254

PALM AEROSPACE, LLC
12935 METRO PARKWAY SUITE 1
Fort Myers, FL 33966

PALM BEACH INTERNATIONAL
ATTN PFC ACCOUNTING
846 PALM BEACH INTL. AIRPORT
West Palm Beach, FL 33406-1470

PAN AM INTERNATIONAL FLIGHT AC
PO BOX 660920
Miami, FL 33266-0920

PAZOS FUEL SERVICES, INC
PO BOX 367808
SAN JUAN
PR 936

PETTY CASH
PETTY CASH

PHILLIP RUSSELL
```

PHOENIX-MESA GATEWAY AIRPORT
PFC ACCOUNTING
Mesa, AZ

PORT AUTHORITY OF NY & NJ
PO BOX 95000 - 1517
Philadelphia, PA 19195-1517

PORT AUTHORITY OF NY & NJ
PO BOX 95000-1517
Philadelphia, PA 19195-1517

PORT OF OAKLAND
9532 EARHART RD. SUITE 201
Oakland, CA 94621

PORTLAND AIRLINES CONSORTIUM
7000 NE AIRPORT WAY, STE 3108
Portland, OR 97218

PORTLAND INTERNATIONAL JETPORT
PFC ACCOUNTING
Portland, ME

PORTLAND, PORT OF
P.O. BOX 5095
Portland, OR 97208-5095

PREMIER COMPUTING, Inc.
P.O. BOX 27035
Salt Lake City, UT 84127

PRIME FLIGHT AVIATION SERVICES
PO BOX 643780
Cincinnati, OH 45264-3780

QUICK FLIGHT, INC
1 TURTLE CREEK CIRCLE STE C
Swanton, OH 43558

RALEIGH-DURHAM INTERNATIONAL
ATTN: PFC ACCOUNTING
P.O. BOX 30367
Charlotte, NC 28230-0367

REPUBLIC AIRWAYS
8909 PURDUE RD. STE. 300
Indianapolis, IN 42268

REPUBLICA DE PANAMA AUTORIDAD
ALBROOK
EDIFICIO 805, ZONA 0816
APARTADO
PANAMA 3073

ROBERT VANCE
6506 BIMINI COURT
Apollo Beach, FL 33572

ROCKY MOUNTAIN MANAGEMENT
2700 W. AIRPORT WAY
PO BOX 15407
Boise, ID 83715

RON LYDA
764 JACOB WAY
Oakdale, CA 95361

RYAN MONTGOMERY
6176 N. BRANDON PL.
Garden City, ID 83714

SAFARI INN DOWNTOWN
1070 GROVE STREET
Boise, ID 83702

SAFE FUEL SYSTEMS
860 W.84TH ST
Hialeah, FL 33014-3519

SAFE SKY, INC.
608 SE 6TH STREET #9
Fort Lauderdale, FL 33301

SAFETECH
HOUSTON BRANCH
1230 WILSON COURT
Humble, TX 77396

SAN ANTONIO AIRLINES CONSORTIU
DIANE KELLEY
5551 RIDGEWOOD DRIVE SUITE 300
Naples, FL 34108

SAN ANTONIO, CITY OF
DEPT. OF AVIATION
9800 AIRPORT BLVD TERMINAL ONE
San Antonio, TX 78216-9990

SAN JOSE INTN'L AIRPORT
FINANCE & ADMIN. - PFC ACCTS
1732 N. FIRST ST. SUITE 600
San Jose, CA 95112-4538

SANTINI LAW
1200 BRICKELL AVE SUITE 950
Miami, FL 33131

SHENANDOAH VALLEY REGIONAL AIR
PO BOX 125
Weyers Cave, VA 24486-0125

SITA
PAULA LANKFORD
3100 CUMBERLAND BLVD
Atlanta, GA 30339

SNOHOMISH COUNTY TREASURER
PO BOX 34171
Seattle, WA 98124-1171

SOUNDAIR, INC.
DEPT. #152 PO BOX 30015
Salt Lake City, UT 84130

SPOKANE INT'L AIRPORT
9000 W AIRPORT DR STE 204
Spokane, WA 99224

ST AEROSPACE SAN ANTONIO, L.P.
9800 JOHN SAUNDERS ROAD
San Antonio, TX 78216

ST. CLOUD AVIATION
1544 45TH AVENUE SE
Saint Cloud, MN 56304

ST. PETERSBURG CLEARWATER INTL
TERMINAL BUILDING STE 221
ST. PETERSBURG CLEARWATER INTL
Clearwater, FL 33762

STAMBAUGH AVIATION
1000 JETPORT ROAD
Brunswick, GA 31525

STAPLES ADVANTAGE
DEPT LA
P.O. BOX 83689
Chicago, IL 60696-3689

STATE OF NEBRASKA
DEPT OF REVENUE/PROPERTY ASSES
301 CENTENNIAL MALL SOUTH, PO
Lincoln, NE 68509-8919

STATE OF NEVADA -DEPT/TAXATION
STATE OF NEVADA AR PAYMENTS
PO BOX 52685
Phoenix, AZ 85072

STC AVIATION D/B/A ST. CLOUD A
1544 45TH AVENUE SE
Saint Cloud, MN 56304

STERLING COURIER, INC.
PO BOX 35418
Newark, NJ 07193-5418

SUMINTRA SATRAM
115-07 LIBERTY AVE SO
RICHMOND HILLS
Queens, NY 11419

SYRACUSE HANCOCK INTL. AIRPORT
ATTN: PFC ACCOUNTING
1000 COLONEL EILEEN COLINS BLV
Syracuse, NY 13212

TALLAHASSEE REGIONAL AIRPORT
ATTN: PFC ACCOUNTING
3300 CAPITAL CIRCLE SW STE#1
Tallahassee, FL 32310

TELVENT DTN
26385 NETWORK PLACE
Chicago, IL 60673-1263

THE EASTERN IOWA AIRPORT
CEDAR RAPIDS AIRPORT COMMISS.
2515 WRIGHT BROS BLVD W
Cedar Rapids, IA 52404-9084

THE INSURANCE GROUP, INC.
200E SOUTHAMPTON DR.
Columbia, MO 65203

THE SAFARILAND GROUP
PO BOX 406351
Atlanta, GA 30384-6351

THEODORE FRANCIS GREEN STATE A
ATTN: PFC ACCOUNTING
2000 POST RD
Warick, RI

TODD MILLS

TOLEDO EXPRESS AIRPORT
1 MARITIME PLAZA
Toledo, OH 43604

TP AEROSPACE LEASING
STAMHOLMEN 165R
2650 HVIDOVRE
DENMARK

TRIEXPRESS COURIER SERVICES 20
PO BOX 68533
GREAT LAKES P.O.
BRAMPTON, ON L6R0J8

Triton Aviation California, Inc.
55 Green Street, Suite 500
San Francisco, CA 94111

TSA9/11

TUPELO REGIONAL AIRPORT
PFC ACCOUNTING
Tupelo, MS

UNICAL AVIATION
P.O. BOX 31001-0964
Pasadena, CA 91110-0964

UNITED AIRLINES
COMMERCIAL RECEIVABLES
PO BOX 204079
Houston, TX 77216-4079

UNITED RENTALS (NORTH AMERICA)
PO BOX 840514
Dallas, TX 75284-0514

UNIVERSAL AERO ACCESSORIES
226 E. RHAPSODY DRIV
San Antonio, TX 78216

US AIRWAYS DALLAS
P.O. BOX 731123
Dallas, TX 75373-1123

V31-A&E LLC
915 Front Street
San Francisco, CA 94111

V37X-737 LLC
915 Front Street
San Francisco, CA 94111

V43-A&E LLC
299 South Main Street, 12th Floor
Salt Lake City, UT 84111

VERIZON WIRELESS
PO BOX 660108
Dallas, TX 75266-0108

VIRGINIA WESTWATER
611 A INDIGO BUNTING LN.
Murrells Inlet, SC 29575

VISA
2460 SOUTH 3270 WEST
West Valley City, UT 84119

VX HOLDINGS, LLC
915 FRONT ST
San Francisco, CA 94111

WACO REGIONAL AIRPORT
7909 KARL MAY DR
Waco, TX 76708

WALKER AVIATION CONSULTING, LL
11531 W ARLEN CT
Boise, ID 83713

WALKER FIELD AIRPORT
PFC ACCOUNTS
2828 WALKER FIELD DR. STE 301
Grand Junction, CO 81506-8667

WENCOR WEST, INC.
ACCOUNTS RECEIVABLE
PO BOX 514
Springville, UT 84663-0514

WILMINGTON INT'L AIRPORT
1740 AIRPORT BLVD
ATTN: PFC ACCTING
Wilmington, NC 28405-8062

WORLD AVIATION ENTERPRISES
2601 S BAYSHORE DRIVE STE 630
Coconut Grove, FL 33133

WORLD FUEL SERVICES
2458 PAYSPHERE CIRCLE
Chicago, IL 60674-2458

YOUNGSTOWN-WARREN REGIONAL AIR
YOUNGSTOWN-WARREN REGIONAL AIR
1453 YOUNGSTOWN-KINGSVILLE RD
Vienna, OH 44473

```
YOUNGSTOWN/WARREN REGIONAL
STATE ROUTE #193
1453 YOUNGSTOWN-KINGSVILLE RD
Vienna, OH 44473
```