McDONALD CARANO WILSON LLP
RYAN J. WORKS, NV Bar No. 9224
AMANDA M. PERACH, NV Bar No. 12399
2300 West Sahara Avenue, 12th Floor
Las Vegas, NV  89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Proposed Counsel for TEM Enterprises*

*Electronically Filed June 4, 2014*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>TEM ENTERPRISES,<br><br>　　　　Debtor in Possession. | Case No.: 14-13955<br><br>Chapter 11<br><br>**CORPORATE OWNERSHIP STATEMENT** |

　　　　Pursuant to Federal Rules of Bankruptcy Procedure 1011 and 7007.1, TEM ENTERPRISES dba XTRA AIRWAYS (the "Debtor" or "Debtor in Possession"), the debtor in possession in the above-captioned Chapter 11 case, hereby furnishes the Court with the following corporate ownership statement:

　　　　CXP Management, LLC ("CXP") directly holds 75% of the issued common (voting) stock (1,000 shares) which amounts to 51% of the total outstanding stock of the Debtor. Flugfelagid Atlanta ehf. aka Air Atlanta Icelandic Holding ("AAI") holds 25% of the issued common (voting) stock (333) shares and 100% of the Class A (nonvoting) stock (627 shares).

Case 14-13955-abl    Doc 3    Entered 06/04/14 17:29:23    Page 2 of 2

DATED this 4th day of June, 2014.

          MCDONALD CARANO WILSON LLP

By: */s/ Ryan J. Works*
    RYAN J. WORKS (NV Bar No. 9224)
    AMANDA M. PERACH (NV Bar No. 12399)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada  89102
    Telephone:  (702) 873-4100
    Facsimile:   (702) 873-9966
    rworks@mcdonaldcarano.com
    aperach@mcdonaldcarano.com

*Attorneys for TEM ENTERPRISES*